# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM-BANG CHENG,<br><br>        Plaintiff,<br><br>   v.<br><br>J. MATTINGLY, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-01456-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST<br><br>(Docs. 1 and 9) |

      Plaintiff Sam-Bang Cheng ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On March 27, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection on April 5, 2007.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. In the objections, Plaintiff complains that the Magistrate Judge raised the issue of exhaustion on screening instead of waiting for Defendants to file a motion on this issue. However, a prisoner's concession to non-exhaustion is a valid ground for dismissal. See Wyatt v. Terhune, 315 F.3d 1108, 1120 (9th Cir. 2003). Here, Plaintiff concedes he did not file an appeal at the third level.

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.     The Findings and Recommendations, filed March 27, 2007, is adopted in full; and

3     2.     This action is dismissed, without prejudice, based on Plaintiff's failure to comply with 42 U.S.C. § 1997e(a) by exhausting his claim prior to filing suit.

IT IS SO ORDERED.

**Dated:**   **April 27, 2007**                 **/s/ Anthony W. Ishii**
                                              UNITED STATES DISTRICT JUDGE